UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>                        Plaintiff,<br><br>v.<br><br>S.F. PARTNERS, a limited liability partnership and/or a California limited liability company; FULLMER INVESTMENTS LLC, a California limited liability company; and LAPPERT'S ICE CREAM, INC., a California corporation,<br><br>                   Defendants. | Case No.:   19cv1299-MMA(KSC)<br><br>**ORDER MODIFYING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE TO BE TELEPHONIC AND ISSUING UPDATED PROCEDURES** |

An Early Neutral Evaluation ("ENE") and a Case Management Conference ("CMC") have been scheduled in this matter for **_May 11, 2020_**.  The Notice and Order Setting the ENE and the CMC require personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation. On March 17, 2020, Chief Judge Larry A. Burns issued an Order of the Chief Judge in response to the COVID-19 public emergency ("OCJ

#18")[1] which, among other things, suspends the requirement under Civil Local Rule 16.1(a) that ENEs be conducted in person to protect public safety and prevent the spread of COVID-19. *See* OCJ #18 at ¶ 9. That Order was subsequently amended and modified by OCJs 18-A and 22. On April 15, 2020, OCJ 24 was issued, extending Emergency Orders set forth in OCJ 18, as modified in OCJs 18-A and 22 until May 16, 2020.  Accordingly, the Court **MODIFIES** the ENE and CMC to be **telephonic** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

1.      Counsel and party representatives **with full settlement authority** for each party must be **immediately available by telephone** between the hours of ***2:00 p.m. and 5:00 p.m.*** on ***May 11, 2020***.  All participants shall be prepared to devote their full attention to this proceeding as if they were attending in person, *e.g.*, attendees cannot be driving while speaking to the Court.

2.      On ***May 11, 2020*** at ***2:oo p.m.*** counsel and party representatives must call the Court's teleconference line at 1-877-873-8017, enter the access code 2924630 and press "*" when prompted for a security code.  The Court will initially confer jointly with counsel and the parties.  Immediately following the joint discussion, the Court will initiate separate, confidential calls with plaintiff and defendant, respectively.  To this end, each party must provide the Court with a single phone number to use to initiate these calls.  The telephone number provided for a party must be one the Court can use to reach both counsel and the party representative(s), who must be already conferenced on one line and ready to engage in settlement discussions.  ***No later than May 7, 2020***, counsel must e-mail the Court at efile_crawford@casd.uscourts.gov to provide a preferred phone number for the separate, confidential ENE discussions, and any other necessary call-in information for the Court (*i.e.,* conference line passcodes).

---

[1] OCJ #s 18, 18-A, 22 and 24 are available on the Court's website at https://www.casd.uscourts.gov.

3.     If the case does not settle through the telephonic ENE process, the Court will hold the CMC on the Court's teleconference line after concluding the ENE calls.  If the Court determines settlement is not possible, the Court will notify counsel for each side to call in to the teleconference line for the CMC at a time designated by the Court.

4.     The parties are directed to limit confidential ENE statements to ***20 pages or less, including exhibits***. As set forth in the Court's prior Notice and Order, confidential ENE statements must be emailed to efile_crawford@casd.uscourts.gov by the deadline previously set in the Court's prior Notice and Order Setting the ENE and the CMC.

5.     All dates, deadlines, procedures, and requirements set forth in the Court's prior Notice and Order Setting ENE and CMC remain in place, except as explicitly modified by this order.

**IT IS SO ORDERED.**

Dated:  April 29, 2020

Hon. Karen S. Crawford
United States Magistrate Judge

(KSC)