# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>S.F. PARTNERS, a Limited Partnership, a California Limited Liability Company; FULLMER INVESTMENTS LLC, a California Limited Liability Company; ANNE S. MEYERS; and DOES 1-10,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:19-cv-1299-MMA-KSC<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF ACTION**<br><br>[Doc. No. 36] |

This Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** the parties' request, and orders this matter **DISMISSED** in its entirety, **with prejudice** as to all parties. Each party must bear its own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to terminate all pending motions and close the case.

**IT IS SO ORDERED**.

Dated:  June 16, 2020

_____

MICHAEL M. ANELLO

United States District Judge